## File Hashes for IP Address 69.244.119.197

**ISP:** Comcast Cable
**Physical Location:** Westfield, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/02/2013 01:04:33 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 03/02/2013 00:27:09 | D40C17CE8D89CE60F635243F35599614F6CE3BEB | Ready for Bed |
| 02/20/2013 20:15:24 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | Apartment in Madrid |
| 12/29/2012 05:03:15 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 12/28/2012 12:37:35 | 9FF36203B7D219D4020CE0D709F26D89FBBEB4A7 | A Girls Fantasy |
| 12/28/2012 12:03:48 | 1290F87EC65C9AA5BF4AE4664977683D633D03BE | Sent from Heaven |
| 12/17/2012 21:21:38 | 825E3EBD68932DEEC5959D86D8FD440B97529932 | Unforgettable View #1 |
| 12/06/2012 08:29:22 | 1402612A99DB45832B9603CDC7150812B8691E5D | Waterfall Emotions |
| 10/26/2012 01:30:49 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 09/08/2012 20:35:27 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

CNJ54