## Copyrights-In-Suit for IP Address 69.244.119.197

**ISP:** Comcast Cable
**Location:** Westfield, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/28/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 09/08/2012 |
| Ready for Bed | PENDING | 02/26/2013 | 02/28/2013 | 03/02/2013 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 12/28/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/29/2012 |
| Tuesday Morning | PENDING | 02/26/2013 | 02/28/2013 | 03/02/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/17/2012 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/06/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/26/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B

CNJ54