**Expanded Surveillance of IP Address 69.244.119.197**

**ISP:** Comcast Cable
**Location:** Westfield, NJ

| Hit Date UTC | Filename |
| --- | --- |
| 03/02/2013 | MISS Teen DELAWARE Melissa King Porn Video-chkm8te.wmv |
| 03/02/2013 | X-Art - Tuesday Morning - Tiffany F [720p].wmv |
| 03/02/2013 | Snow Patrol - Eyes Open (2006) - Rock By FEFE2003.rar |
| 03/02/2013 | Roxette - The RoxBox 86-06 (2006) - Pop [www.torrentazos.com].rar |
| 02/05/2013 | 0112-star399 |
| 01/29/2013 | [ www.TorrentDay.com ] - Curiosity.S02E13.Monster.Squid.The.Giant.Is.Real.HDTV.x264-KILLERS |
| 12/29/2012 | x-art_baby_together_again_1080.mp4 |
| 12/28/2012 | x-art_angelica_naughty_and_nice_720.wmv |
| 12/28/2012 | X-Art.12.12.21.Baby.Sent.From.Heaven.XXX.1080p.MOV |
| 12/28/2012 | Louise Hoffsten - Vin av Frihet.wmv |
| 12/28/2012 | X-Art - A Girls Fantasy - Beatrice [720p].mov |
| 12/17/2012 | x-art_baby_mira_lipstick_lesbians_1080.mp4 |
| 12/17/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/17/2012 | Addison.Unforgettable.View.Part.1.XArt.2012.FullHD_iyutero.com.mov |
| 12/17/2012 | Susie.Baby.And.then.they.were.three.X.Art.2012.FullHD_iyutero.com.wmv |
| 12/17/2012 | Susie.Baby.And.then.they.were.three.X.Art.2012_iyutero.com.wmv |
| 12/06/2012 | Svensk modern poesi (friform).rar |
| 12/06/2012 | x-art_kaylee_waterfall_emotions_540.mov |
| 12/06/2012 | Resident.Evil.Retribution.2012.DVDRip-Lum1x |
| 12/06/2012 | [ www.TorrentDay.com ] - National.Geographic.Winged.Seduction.Birds.Of.Paradise.480p.HDTV.x264-mSD |
| 12/03/2012 | Angelica.Inside.Perfection.X.Art.2012.HD_iyutero.com.wmv |

EXHIBIT C

CNJ54

| Hit Date UTC | Filename |
|---|---|
| 11/20/2012 | X-Art - Menage a Trois - Leila, Anneli [1080p].mov |
| 11/20/2012 | X-Art.com_12.09.25.Anneli.Miss.Perfect.XXX.IMAGESET-FuGLi[rbg] |
| 11/20/2012 | X-Art.com_12.11.01.Kaylee.Still.With.Me.XXX.IMAGESET-FuGLi[rbg] |
| 11/20/2012 | Combate.Final[DVDrip][www.torrentgo.com] |
| 11/19/2012 | X-Art - Finding Elysium - Susie, Kaylee [1080p].mov |
| 11/18/2012 | The Bat Segundo Show -- Torrent Pack #2 |
| 11/18/2012 | ktr.xart.12.11.13.ivy.lovers.quarrel.mov |
| 11/18/2012 | ktr.xart.beatrice.formidable.beauty.mp4 |
| 11/12/2012 | X-Art - Susie Vacation Fantasy HD1080p |
| 10/30/2012 | Gianna.mp4 |
| 10/29/2012 | X-Art.12.10.26.Mira.Poolside.Passion.XXX.1080p.MOV-KTR[rbg] |
| 10/26/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 10/17/2012 | Football Manager (2012) v12.2.2 UPDATE 100% TESTED |
| 10/17/2012 | [ www.TorrentDay.com ] - Celebrity.Big.Brother.UK.S10E18.HDTV.x264-FTP |
| 10/09/2012 | National.Geographic.Rivers.And.Life.3of6.The.Ganges.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/09/2012 | National.Geographic.Rivers.And.Life.4of6.The.Mississippi.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/09/2012 | National.Geographic.Rivers.And.Life.5of6.The.Rhine.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/09/2012 | National.Geographic.Rivers.And.Life.2of6.The.Nile.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/09/2012 | BBC.Wild.Mallorca.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/09/2012 | National.Geographic.Rivers.And.Life.6of6.The.Yangtze.PDTV.XviD.AC3.MVGroup.org.avi |
| 10/08/2012 | BBC.South.African.Walks.1of4.The.Garden.Route.XviD.AC3.MVGroup.org.avi |
| 09/19/2012 | BBC.Around.The.World.In.80.Gardens.03of10.India.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | BBC.Horizon.2012.Mission.to.Mars.PDTV.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | BBC.Around.The.World.In.80.Gardens.02of10.Australia.and.New.Zealand.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | BBC Surviving Progress 2012 |

EXHIBIT C

CNJ54

| Hit Date UTC | Filename |
|---|---|
| 09/15/2012 | BBC.Natures.Microworlds.5of6.Okavango.PDTV.XviD.MVGroup.org.avi |
| 09/15/2012 | BBC.Natures.Microworlds.1of6.Galapagos.PDTV.XviD.MVGroup.org.avi |
| 09/15/2012 | BBC.Natures.Microworlds.2of6.Serengeti.PDTV.XviD.MVGroup.org.avi |
| 09/15/2012 | BBC.A.Year.in.the.Wild.1of3.Snowdonia.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 09/15/2012 | Brake (2012) TS READNFO XViD - IMAGiNE |
| 09/15/2012 | BBC.A.Year.In.The.Wild.2of3.The.New.Forest.PDTV.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | [Sci-fi].When.Worlds.Collide.(1951).avi |
| 09/15/2012 | BBC.Around.The.World.In.80.Gardens.04of10.Brazil.Argentina.and.Chile.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | [ www.TorrentDay.com ] - The.Glee.Project.S02E08.HDTV.XviD-AFG |
| 09/15/2012 | BBC.Natures.Microworlds.4of6.Monterey.Bay.PDTV.XviD.MVGroup.org.avi |
| 09/15/2012 | BBC.Natures.Microworlds.6of6.Svalbard.PDTV.XviD.MVGroup.org.avi |
| 09/15/2012 | BBC.A.Year.In.The.Wild.3of3.Cairngorms.PDTV.XviD.AC3.MVGroup.org.avi |
| 09/15/2012 | BBC.Natures.Microworlds.3of6.Amazon.PDTV.XviD.MVGroup.org.avi |
| 09/14/2012 | Real.Steel.2011.DVDRip.XviD.AC3-3LT0N |
| 09/14/2012 | BBC.Animal.Crime.Scene.1of5.Outback.Assassin.PDTV.XviD.AC3.MVGroup.org.avi |
| 09/14/2012 | The.Mechanic.DVDRip.XviD-ARROW |
| 09/14/2012 | BBC.Around.The.World.In.80.Gardens.01of10.Mexico.and.Cuba.XviD.AC3.MVGroup.org.avi |
| 09/14/2012 | Safe.DVDRip.XviD-DoNE |
| 09/14/2012 | BBC.Spirits.of.the.Jaguar.1of4.The.Forging.of.a.New.World.XviD.AC3.MVGroup.org.avi |
| 09/14/2012 | BBC.The.Sky.at.Night.2012.Curiosity.at.Mars.576p.HDTV.x264.AAC.MVGroup.org.mkv |
| 09/14/2012 | Killer.Elite.2011.DVDRip.XviD.AC3-nLiBRA |
| 09/14/2012 | Blitz[2011]BRRip XviD-ExtraTorrentRG |
| 09/14/2012 | BBC.Land.of.the.Eagle.1of8.The.Great.Encounter.XviD.AC3.MVGroup.org.avi |
| 09/14/2012 | Emanuelle.in.Hong.Kong.2003.DVDRip.XviD-SAPHiRE |
| 09/08/2012 | X-Art - Introducing Kaylee - Kaylee [1080p].mov |

EXHIBIT C

CNJ54

| Hit Date UTC | Filename |
|---|---|
| 09/08/2012 | X-Art - First Love - Kaylee [1080p].mov |

EXHIBIT C

CNJ54